### 1430.   WILSON v. THE STATE.

RUSSELL, J.   The circumstantial evidence, which is consistent with the
   guilt of the accused, not being inconsistent with a reasonable hypothesis
   of his innocence, and being quite insufficient to establish, beyond a rea-
   sonable doubt, an intent to steal, a new trial should have been granted.
                                                *Judgment reversed.*

Indictment for larceny from the house, from Spalding superior
court—Judge Reagan.   September 16, 1908.

Argued November 10,—Decided November 24, 1908.

The indictment charged Wilson with having stolen from the de-
pot of the Central of Georgia Railway Company a pair of "ladies'
black button shoes, Selz make."   The State introduced testimony
to the effect that a pair of shoes of the kind described in the in-
dictment were missed from a box received at the depot, and that
about that time a pair of shoes of that kind were found in a paper
sack behind the scales in the depot; that the pair in the paper sack
were allowed to remain where they were found, until the next
day, when Joe Day, an employee at the depot, called the defend-
ant into the depot and handed the shoes to him; that the defend-
ant put them under his coat and started across the street, towards
Day's house; that Hale, an employee at the depot, called to the
defendant to stop; he did so; Hale went to him and asked for the
sack that he had under his coat; he said he had no sack, and Hale
then reached out and took the shoes from under the defendant's
coat.   Day testified, that the defendant boarded at his house and
came to the depot to get the house key, and he (Day) asked him
to take the shoes to the house and leave them.   The defendant made
a statement to the jury to the same effect, and said that he knew
nothing further about the shoes than he had stated.   After con-
viction he moved for a new trial, on the ground that the verdict
was without evidence to support it; the motion was overruled, and
he excepted.

*Thomas W. Thurman*, for plaintiff in error, cited Penal Code,
§984; 2 *Ga. App.* 534; 84 *Ga.* 466; 93 *Ga.* 557.

*O. H. B. Bloodworth, solicitor-general, O. H. B. Bloodworth Jr.*,
contra.